IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

ELVIS E. PENDLETON )
)
v. ) NO. 3:04-0257
) JUDGE CAMPBELL
OVER THE TOP, L.L.C., et al. )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 27). For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

The Court hereby orders the parties to participate in alternative dispute resolution, pursuant to Rules 20-28 of the Local Rules of Court. The Magistrate Judge shall issue all necessary orders to implement the type of alternative dispute resolution he selects as appropriate. The alternative dispute resolution shall be held at a time and in a manner that does not interfere with the trial date.

This case remains set for a jury trial on December 6, 2005.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE